| United States District Court | Southern District of Texas |
|---|---|

Edgar Manuel Barrientos, §
§
Petitioner, §
§
versus § Civil Action H-15-2285
§
William Stephens, §
§
Respondent. §

## Order of Adoption

On March 28, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (16). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Barrientos's petition for writ of habeas corpus is denied with prejudice.

Signed ___May 11___, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge